■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHERYL L. NESBITT, Appellant. [816 NYS2d 397]—Appeal from a judgment of the Supreme Court, Monroe County (Francis A. Affronti, J.), rendered July 8, 2003. The judgment convicted defendant, upon her plea of guilty, of grand larceny in the second degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed. Present—Gorski, J.P., Martoche, Green, Pine and Hayes, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TINA McINTYRE, Appellant. [815 NYS2d 870]—Appeal from a judgment of the Niagara County Court (Sara S. Sperrazza, J.), rendered April 2, 2004. The judgment revoked defendant's probation and imposed a sentence of imprisonment.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed (see People v Griffin, 239 AD2d 936 [1997]). Present—Gorski, J.P., Martoche, Green, Pine and Hayes, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STANLEY C. ALOAN, JR., Appellant. [816 NYS2d 398]—Appeal from an order of the Genesee County Court (Eric R. Adams, J.), dated February 18, 2005. The order determined that defendant is a level three risk pursuant to the Sex Offender Registration Act.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs. Present—Gorski, J.P., Martoche, Green, Pine and Hayes, JJ.

■ In the Matter of SUZANNE T., Respondent, v ARTHUR L.T., Appellant. [816 NYS2d 398]—Appeal from an order of the Family Court, Monroe County (Dandrea L. Ruhlmann, J.), entered August 23, 2005 in a proceeding pursuant to Family Court Act article 6. The order, among other things, transferred the primary physical residency of one of the children to petitioner.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs. Present—Gorski, J.P., Martoche, Green and Hayes, JJ.